1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  VICTOR CHAVEZ, #113752
   ERIN SNIDER, #304781
3  Assistant Federal Defenders
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorneys for Defendant
   STEVEN ANDREW DOBSON
7

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:17-cr-00079-LJO-SKO |
|---|---|
| Plaintiff, | STIPULATION TO EXTEND DEADLINES FOR INFORMAL AND FORMAL OBJECTIONS AND TO CONTINUE SENTENCING HEARING; ORDER |
| vs. | |
| STEVEN ANDREW DOBSON, | Date: March 4, 2019<br>Time: 8:30 a.m.<br>Hon.  Judge Lawrence J. O'Neill |
| Defendant. | |

**IT IS HEREBY STIPULATED**, by and between the parties, through their respective counsel, Assistant United States Attorney Brian Enos, counsel for plaintiff, and Assistant Federal Defenders Victor Chavez and Erin Snider, counsel for defendant Steven Andrew Dobson, that the deadlines for filing informal and formal objections to the Presentence Investigation Report ("PSR") be extended to February 5, 2019, and February 19, 2019, respectively, and the sentencing hearing currently scheduled for January 22, 2019, be continued to March 4, 2019, at 8:30 a.m.

On October 15, 2018, Mr. Dobson entered a plea of guilty to receipt and distribution of child pornography.  The parties did not enter into a plea agreement and, therefore, did not stipulate as to the applicable Guidelines calculation.  On December 11, 2018, probation filed the draft PSR.  After reviewing the Guidelines calculation in the draft PSR, the defense wishes to hire a forensic expert to examine the evidence in this case to aid in a possible objection to the

Guidelines calculation in the draft PSR.  The defense has been in contact with the government to arrange for the forensic expert to conduct the necessary review of the images at issue.  The parties agree that the sentencing hearing, and the current deadlines for informal and formal objections, should be continued pending the forensic expert's review.

Respectfully submitted,

MCGREGOR W. SCOTT
United States Attorney

Date: December 27, 2018          */s/ Brian Enos*
BRIAN ENOS
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Date: December 27, 2018          */s/ Erin Snider*
ERIN SNIDER
Assistant Federal Defender
Attorney for Defendant
STEVEN ANDREW DOBSON

# **O R D E R**

GOOD CAUSE APPEARING, **IT IS HEREBY ORDERED** that the deadline for filing informal objections is extended to February 5, 2019, the deadline for filing formal objections is extended to February 19, 2019, and the sentencing hearing currently scheduled for January 22, 2019, is continued to March 4, 2019, at 8:30 a.m.

IT IS SO ORDERED.

Dated:   **December 27, 2018**          /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE