HEATHER E. WILLIAMS, Bar #122664
Federal Defender
VICTOR M. CHAVEZ, Bar #113752
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561

Counsel for Defendant
STEVEN A. DOBSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 1:17-cr-00079 LJO-SKO |
| | ) | |
| Plaintiff, | ) | STIPULATION TO CONTINUE |
| | ) | SENTENCING HEARING; |
| v. | ) | ORDER |
| | ) | |
| | ) | |
| STEVEN A. DOBSON, | ) | DATE: April 29, 2019 |
| | ) | TIME: 8:30 a.m. |
| Defendant. | ) | JUDGE: Hon. Lawrence J. O'Neill |
| | ) | |

        **IT IS HEREBY STIPULATED** by and between the parties, through their respective

counsel, that the sentencing hearing now set for March 4, 2019, may be continued to April 29,

2019, at 8:30 a.m.  This continuance is necessary in order to complete forensic examination of

evidence in this case.  If the examination is completed earlier than expected the parties will

request to advance the case on the Court's calendar.

                                                        Respectfully submitted,

                                                        MCGREGOR W. SCOTT
                                                        United States Attorney

DATED:  February 5, 2019                        By      /s/ Brian W. Enos
                                                        BRIAN W. ENOS
                                                        Assistant United States Attorney
                                                        Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

DATED: February 5, 2019                    By    /s/ Victor M. Chavez
                                                 VICTOR M. CHAVEZ
                                                 Assistant Federal Defender
                                                 Attorney for Defendant
                                                 STEVEN A. DOBSON

## ORDER

The court has reviewed and considered the stipulation of the parties to continue the sentencing in this case. Good cause appearing, the sentencing hearing as to the above-named defendant currently scheduled for March 4, 2019, is continued until April 29, 2019, at 8:30 a.m. in courtroom 7 before Chief Judge Lawrence J. O'Neill.

IT IS SO ORDERED.

Dated:  **February 7, 2019**            **/s/ Lawrence J. O'Neill**
                                        UNITED STATES CHIEF DISTRICT JUDGE