1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  VICTOR CHAVEZ, #113752
   ERIN SNIDER, #304781
3  Assistant Federal Defenders
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorneys for Defendant
   STEVEN ANDREW DOBSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>STEVEN ANDREW DOBSON,<br><br>Defendant. | Case No. 1:17-cr-00079-LJO-SKO<br><br>STIPULATION TO EXTEND DEADLINE FOR FORMAL OBJECTIONS; ORDER<br><br>Date: April 29, 2019<br>Time: 8:30 a.m.<br>Hon.   Judge Lawrence J. O'Neill |

**IT IS HEREBY STIPULATED**, by and between the parties, through their respective counsel, Assistant United States Attorney Brian Enos, counsel for plaintiff, and Assistant Federal Defenders Victor Chavez and Erin Snider, counsel for defendant Steven Andrew Dobson, that the deadline for filing formal objections to the Presentence Investigation Report ("PSR") be extended to April 22, 2019.

The parties believe they have reached an agreement as to the Guidelines calculation and need additional time to draft a stipulation.

///

///

///

///

///

Respectfully submitted,

MCGREGOR W. SCOTT
United States Attorney

Date: April 15, 2019 */s/ Brian Enos*
BRIAN ENOS
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Date: April 15, 2019 */s/ Erin Snider*
ERIN SNIDER
Assistant Federal Defender
Attorney for Defendant
STEVEN ANDREW DOBSON

## **O R D E R**

GOOD CAUSE APPEARING, the deadline for filing formal objections is extended to April 22, 2019.

IT IS SO ORDERED.

Dated: **April 15, 2019**    /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE