HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
LAURA MYERS, IL Bar #6338417
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
STEVEN ANDREW DOBSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>STEVEN ANDREW DOBSON,<br>Defendant. | Case No. 1:17-cr-00079-JLT-SAB<br><br>STIPULATION TO CONTINUE DISPOSITIONAL HEARING; ORDER<br><br>Date: November 9, 2026<br>Time: 9:00 AM<br>Judge: Hon. Jennifer Thurston |

IT IS HEREBY STIPULATED, by and between the parties through their respective counsel, Assistant United States Attorney Eric Catto, counsel for plaintiff, and Assistant Federal Defender Laura Myers, counsel for Steven Dobson, that the dispositional hearing scheduled for October 26, 2026, may be continued to November 9, 2026, at 9:30 a.m.

On June 22, 2026, Mr. Dobson made an initial appearance for a petition alleging violations of his supervised release. A superseding petition was filed on September 9, 2026. On September 17, Mr. Dobson entered an admission to Charge 1 of the superseding petition, and a dispositional hearing was scheduled for October 26, 2026. The government indicated that it will dismiss Charge 2 at the dispositional hearing.

On October 20, 2026, the probation officer contacted the parties and the court and stated that a dispositional memorandum would be filed the following day. Defense counsel requests a

brief continuance to ensure she is able to review the memorandum fully with Mr. Dobson before the dispositional hearing.

In light of the above, a continuance of the dispositional hearing in this case is in the interest of justice and reflects the most judicious use of the Court's resources. This brief continuance will provide defense counsel with the necessary time to ensure that Mr. Dobson is fully prepared for the dispositional hearing.

The parties have consulted with Mr. Dobson's probation officer, who does not object to the continuance.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: October 21, 2026

*/s/ Laura Myers*
LAURA MYERS
Assistant Federal Defender
Attorney for Defendant
STEVEN ANDREW DOBSON

ERIC GRANT
United States Attorney

Date: October 21, 2026

*/s/ Eric Catto*
ERIC CATTO
Assistant United States Attorney
Attorney for Plaintiff

**ORDER**

**IT IS SO ORDERED.** The dispositional hearing currently set for October 21, 2026, is hereby continued to November 9, 2026, at 9:00 a.m.

IT IS SO ORDERED.

Dated: October 21, 2026

UNITED STATES DISTRICT JUDGE